UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

---

|  |  |  |
|---|---|---|
| DEMOND D. LILES, | : | CASE NO. 3:17-cv-02232 |
|  | : |  |
| Plaintiff, | : | ORDER |
|  | : | [Resolving Docs. 21, 22 & 27] |
| v. | : |  |
|  | : |  |
| TOM SCHWEITZER, | : |  |
|  | : |  |
| Defendant. | : |  |

---

JAMES S. GWIN, UNITED STATES DISTRICT COURT JUDGE:

Petitioner Demond D. Liles seeks a writ of habeas corpus under 28 U.S.C. § 2254. Liles first filed this petition on October 20, 2017.  On March 11, 2021, this Court dismissed Liles' petition without prejudice to allow Liles to exhaust state-court remedies.[1]  On August 16, 2021, the Court granted Liles's motion to reopen and stay this action pending state-court exhaustion.[2]

On February 20, 2023, Petitioner Liles asked the Court to lift the stay and reactivate the case.  Liles also sought permission to expand the record and to file an amended petition.[3] The Court referred this matter to Magistrate Judge Jennifer Dowdell Armstrong.

On April 26, 2023, Magistrate Judge Armstrong issued a Report and Recommendation that the Court grant Liles's motion to lift the stay, reactivate the case, and expand the record.[4] Magistrate Judge Armstrong further recommended that the Court grant in part and deny in part Liles's motion to file an amended petition.  Neither party objected.

---

[1] Doc. 17.
[2] Doc. 19.
[3] Docs. 21 & 22.
[4] Doc. 27.

Case No. 3:17-cv-02232
GWIN, J.

   This Court reviews de novo only of those portions of a report and recommendation to which the parties have made an objection.[5] If no party objects to a report and recommendation, a district court may adopt it without review.[6] Nevertheless, the Court conducted its own review and agrees with the Report and Recommendation.

   Accordingly, the Court **ADOPTS** Magistrate Judge Armstrong's Report and Recommendation and incorporates it as if fully restated here.  The Court **GRANTS** Petitioner Liles's Motion to Expand the Record and to Reactivate Case and Lift the Stay and **GRANTS IN PART** and **DENIES IN PART** Petitioner Liles's Motion for Leave to File Amended Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2254.


   IT IS SO ORDERED.


 Dated: June 2, 2023                              _s/_     _James S. Gwin_
                                                 JAMES S. GWIN
                                                 UNITED STATES DISTRICT JUDGE

---

[5] 28 U.S.C. § 636(b)(1)(C).
[6] Thomas v. Arn, 474 U.S. 140, 145 (1985); United States v. Walters, 638 F.2d 947, 949-50 (6th Cir. 1981).